# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALEJANDRO RAMIREZ,<br><br>Defendant. | Case No. 17-CR-4003-CAB<br><br>**ORDER AND JUDGMENT GRANTING MOTION AND DISMISSING THE INFORMATION** |

Upon motion of the United States, and good cause appearing, it is the judgment of the Court that the motion to dismiss is granted and the Information is dismissed without prejudice.

**IT IS SO ORDERED.**

DATED: 2/20/18

HON. CATHY ANN BENCIVENGO
United States District Judge